**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re S.M.*, Slip Opinion No. 2020-Ohio-2911.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

**Slip Opinion No. 2020-Ohio-2911**

IN RE S.M. ET AL.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re S.M.*, Slip Opinion No. 2020-Ohio-2911.]**

*Judgment affirmed on the authority of* In re N.M.P.

(No. 2019-1485—Submitted April 29, 2020—Decided May 14, 2020.)

APPEAL from the Court of Appeals for Logan County,

Nos. 8-18-46, 8-18-47, 8-18-55, and 8-18-56, 2019-Ohio-3721.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re N.M.P.*, __ Ohio St.3d __, 2020-Ohio-1458, __ N.E.3d __.

O'CONNOR, C.J., and KENNEDY, FRENCH, FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

_____

Jeckering & Associates, L.L.C., Bradley Jeckering, and D. Luke Meenach, for appellants, J.M. and R.M.

Eric C. Stewart, Logan County Prosecuting Attorney, and Stacia L. Rapp, Assistant Prosecuting Attorney, for appellee, Logan County Children's Services.

_____